UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARCO ANTONIO TAPIA-HUERTA,<br><br>   Defendant. | Case No. 15cr1580-LAB<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

   On July 6, 2015, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MARCO ANTONIO TAPIA-HUERTA in the property listed in the Forfeiture Allegation of the Information, namely,

   **A Remington 1100, 12-gauge shotgun, Serial No. M867714M.**

   Subsequent to the entry of the Preliminary Order of Criminal Forfeiture, the United States discovered it had inadvertently failed to include in the Order, **Eleven (11) Winchester 12-gauge shotgun shells.**

   For thirty (30) consecutive days ending on August 16, 2015, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the Remington 1100, 12-gauge shotgun, Serial No. M867714M, and ammunition, in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MARCO ANTONIO TAPIA-HUERTA and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    **a)**     **Remington 1100, 12-gauge shotgun, Serial No. M867714M; and**

    **b)**     **Eleven (11) Winchester 12-gauge shotgun shells.**

IT IS FURTHER ORDERED that costs incurred by the U.S. Immigration and Customs Enforcement ("ICE") and any other governmental agencies which were incident to the seizure, custody and storage of the properties, be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that ICE shall dispose of the forfeited properties according to law.

DATED: February 12, 2016

*[signature]*
HON. LARRY ALAN BURNS
United States District Judge